**STATE of Missouri, Respondent,**

v.

**Timothy Scott KELLEY, Appellant.**

**WD 78735**

Missouri Court of Appeals,
Western District.

ORDER FILED: January 17, 2017

Emmett Queener, Columbia, MO, Counsel for Appellant

Robert Bartholomew, Jr., Jefferson City, MO, Counsel for Respondent

Before Division Three: Alok Ahuja, P.J., Victor C. Howard, and James Edward Welsh, JJ.

## ORDER

Per Curiam:

Timothy Scott Kelley appeals his conviction, following a jury trial, for assault in the first degree (§ 565.050, RSMo 2000), for which he was sentenced by the court to

fifteen years in prison. We affirm. Rule 30.25(b).